In the Matter of the Petition of TREMONT HOUSING CORPORATION, Respondent, to Register the Title to Certain Lands in Suffolk County. MARION DE VRIES and

Others, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.